**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

CHRISTINA MENZEL
Plaintiff

V.

THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",
Defendants.

Case No: 22-cv-01365
Judge: Ronald A. Guzman,

JK

**Pro Se Filing**

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ENTRY OF A PRELIMINARY INJUNCTION**

Defendant Lin Hou Wen represents the store Japceit (5-10Days Delivery) to respectfully submits this Response in Opposition to Plaintiff's Motion for Entry of A Preliminary Injunction, because Plaintiff failed to satisfy the elements of entry of preliminary. Defendant declares under penalty of perjury under the laws of the United States of America that the following statements are true and correct.

According to the evidence provided by the Plaintiff**(Exhibit 1)**, it appears the ASINs of the alleged products are B09NQ9LQ6Z， B09QG4QWKC， B09NQ9XYMB， B09NQ9W7MW， and B09NQ9VVTK, Defendant searched the sales volume of each kind of alleged product related to its ASIN and found that the store did not actually sell the accused product to United States **(Exhibit 2)**. Details are as follows:

| Alleged product's ASIN | Sales volume | Sales funds |
|---|---|---|
| B09NQ9LQ6Z | 0 | 0 |
| B09QG4QWKC | 0 | 0 |
| B09NQ9XYMB | 0 | 0 |
| B09NQ9W7MW | 0 | 0 |
| B09NQ9VVTK | 0 | 0 |

Defendant was not aware of whether the alleged product is copyrighted before being sued, Defendant offered to sell the accused products for a very short time, and while knowing the lawsuit, defendant immediately stopped offering such product. Defendant did not get any profits from alleged products.

However, Defendant's current restrained funds are more than $35,000, all of which are not related to alleged products. This restriction has caused severe impediments on Defendant, which remains prohibited from

withdrawing any funds from the restrained accounts.

The restrained account includes money from sales of goods for the entire store, and as such, cannot be used to pay for Defendant’s suppliers and daily living expense as needed. If the preliminary injunction order is granted, Defendant will face the dilemma of being unable to operate the store for months, it also will result in a great negative impact on the defendant's life.

Based on above, Defendant respectfully requests the court to deny Plaintiff's Motion for Preliminary Injunction Order.

Dated: April 6,2022

Respectfully Submitted

/s/**Lin Hou Wen**

Operator of Store Japceit (5-10Days Delivery)
136-3274-4754
Building 7, Jinqiao garden, Longhua District,
Shenzhen,China
houwenlin1992@126.com; liangrongmao@126.com



amazon Deliver to Chicago 60603 | All | cat+skeleton | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All [redacted] Amazon.com Best Sellers Pet Supplies Toys & Games Customer Service Amazon Home Buy Again Shopper Toolkit Health & Household Amazon Live Beauty & Personal Care Gift Cards Coupons Amazon Launchpad Find a Gift

Amazon Fashion Women Men Kids Luggage Sales & Deals New Arrivals Our Brands prime try before you buy

5,213

Clothing, Shoes & Jewelry › Women › Clothing › Tops, Tees & Blouses › Blouses & Button-Down Shirts

Sponsored

Roll over image to zoom in

Brand: Japceit

# Loose Short Sleeve for Women Funny Skeleton Hand Stroking a Cat Print Pullover Tops for Cat Lover Casual Comfy Blouse

$12.98

& FREE Returns

Color: White a

Size: Small

| Small | Medium | Large | X-Large | XX-Large |
|---|---|---|---|---|
| $12.98 | $12.98 | $12.98 | $12.98 | $12.98 |

- 100% Polyester
- Imported
- Attention：Dear Queen, please check our size chart to choose the right size, we suggest buy one size larger. Do not use the size guide.
- Elastic closure
- Machine Wash
- Women's Western Aztec Blouse Casual Loose Fit Print Long Sleeve Crewneck Shirts Fall Casual Tops Womens Long Sleeve Turtleneck Tops Soft Stretchy Fitted Base Layer Shirt Women Collar Neck Long Sleeve Oversized Flannel Plaid Shirts Casual Blouse Tops with Pockets Women Color Block Waffle Knit Henley Shirts Long Sleeve V-Neck Slim Fit Thermal Button Up Tunics Tops Plus Size T-Shirt Tigger Classic Graphic Tee Sunflower Printed Graphic Long Sleeve Shirts Casual Novelty T-Shirt Tee Tops Blouse
- graphic t-shirt dresses for women sexy graphic t-shirt dresses plus size graphic t-shirt women vintage graphic t-shirt girls graphic t-shirt 90s vintage streetwear graphic t-shirt for teen girls Vintage Oversized T Shirts Teen Girls Casual Short Sleeve Cute Graphic Tees Shirts Blouses Top Women's Teen Girls Short Sleeve Graphic Tshirt Cute Leopard Sunflower Colorful Butterflies Pineapple Cat Print Tops Graphic Pattern Print Tank Tops Casual Sleeveless Summer Tops Holiday Tee Shirt

Show more

Sponsored

$12.98
& FREE Returns

FREE delivery **February 2 - 14**. Details

Deliver to Chicago 60603

In stock.
Usually ships within 2 to 3 days.

Qty: 1

Add to Cart

Buy Now

Secure transaction

Ships from Japceit (5-10Days Deli…
Sold by Japceit (5-10Days Deli…

Details

Return policy: Eligible for Return, Refund or Replacement.

Add to List

Share

51

Sponsored

## Products related to this item

Sponsored

Womens Summer Loose fit Dragon or Crane Japanese Kimono Cover up OneSize US S-L
315
$27.98 prime

Women's Halloween Working Uniform Scrubs Tops Cute Skeleton Pumpkin Work Blouse…
1
$5.39

Women's Halloween Workwear Tops Funny Pumpkin Cat Scrubs Work Blouse Shirts V…
1
$4.39

Women's Halloween Working Uniform Scrubs Tops Cute Pumpkin Ghost Print Work…
$5.39

BMJL Women's Casual Cute Shirts Leopard Print Tops Basic Summer Short Sleeve Fashio…
16,882
$15.99 prime

Women's Cold Shoulder Hollow Out Casual Tunic Solid Blouse Tops (White, XL)
2,791
$25.99 prime

Crew Neck Sweatshirts for Women Sexy Sequin One Shoulder Long Sleeves Pullover Shee…
$18.89

Set of 2 Skeleton Cat 24" Foil Halloween Party Balloons
3
$10.75 prime

## Have a question?

Find answers in product info, Q&As, reviews

Type your question or keyword

## Product Description

-----------------------------------------------------------✿Welcome To Japceit Store✿-----------------------------------------------------------

❤Wish you a pleasant shopping experience in here
❤Japceit Commit to providing high-quality clothing for women
❤Whether it is before or after the purchase, if you have any questions, please feel free to contact us, we will solve it for you as soon as possible.
❤Please attention the size :we are Asian size,run smaller than US size,so i will suggest you choose one size or two size larger than your usual size , it will be more relaxed and comfy.Or take a look at our last picture above to select the size that suits you best.
❤If the size is not suitable, please feel free to contact us. We can replace the size for free. Thanks

## Product details

**Item model number :** NEW SALE
**Department :** Womens
**Date First Available :** December 16, 2021
**Manufacturer :** Japceit
**ASIN :** B09NQB6NR3

How confident are you in finding a size that will fit you well?

Not at all | Somewhat | Fairly | Very | Extremely

Submit



amazon Deliver to Chicago 60603 | Japceit (5-10Days Delivery) | cat skeleton | Hello, [redacted] Account & Lists | Returns & Orders | 0 Cart

All [redacted] Amazon.com Best Sellers Pet Supplies Toys & Games Customer Service Amazon Home Buy Again Shopper Toolkit Health & Household Amazon Live Beauty & Personal Care Gift Cards Coupons Amazon Launchpad Find a Gift

1-16 of 85 results for "cat skeleton"

Sort by: Featured

**Brand**

Japceit

Price and other details may vary based on product size and color.

Women's Retro Y2k Crop Tops Skeleton Man Holding a Cat Graphic Tees Summer Sexy Crew Neck Tunic T-Shirt for Cat Lover

$10.99

$2.99 shipping

Rank not found

**ASIN:** B09QG4QWKC

Price History | Keepa History

Cat Lover Shirt Womens Vintage Short Sleeve T Shirt Skeleton Holding His Cat Funny Print Loose Crewneck Pullover Tops

$12.98

FREE Shipping

Rank not found

**ASIN:** B09NQ9XYMB

Price History | Keepa History

Women's Vintage Short Sleeve T Shirt Cat Lover Shirt Skeleton Holding His Cat Funny Print Loose Crewneck Pullover Tee

$12.98

FREE Shipping

Rank not found

**ASIN:** B09NQ9W7MW

Price History | Keepa History

Loose Short Sleeve for Women Funny Skeleton Hand Stroking a Cat Print Pullover Tops for Cat Lover Casual Comfy Blouse

$12.98

FREE Shipping

Rank not found

**ASIN:** B09NQ9VVTK

Price History | Keepa History

Skeleton Diamonds Fall Womens Tops Dressy Casual Long Sleeve Leopard Print Splicing T Shirt V Neck Loose Pullover Comfy Shirt

$18.98

FREE Shipping

Rank not found

**ASIN:** B09PDFWWP9

Price History | Keepa History

Cat Print Shirt for Women Dreamy Star Moon Cat Graphic Tops Casual Long Sleeve Crewneck Pullover Elastic Comfy Blouse

$6.99

$5.99 shipping

Rank not found

**ASIN:** B09NVSLJS5

Price History | Keepa History

Cat Lovers Gifts for Women Different Cute Cat Paw Graphic Blouse Cat Mama Casual Long Sleeve Tops Loose Comfy Tee Shirt

$20.99

$4.99 shipping

Rank not found

**ASIN:** B09Q3FN1GM

Price History | Keepa History

Cat Lovers Tees for Women Cute Funny Kitten and Mom Graphic for Pet Owner Short Sleeve Casual Summer T-Shirt

$9.99

$2.99 shipping

Rank not found

**ASIN:** B09P3YD6ZJ

Price History | Keepa History

Womens Fall Tops Rhinestone Skull Long Sleeve T-Shirt Loose V-Neck Loose Fit Tunic Tops Casual Skeleton Shinny Bling Blouse

$17.98

FREE Shipping

Loading rank...

**ASIN:** B09PDGWR2K

Price History | Keepa History

Oversize Shirt for Women Funny Skull and Cute Cat Printing Tops Summer Casual Short Sleeve T-Shirt Loose Comfy Basic Tee

$6.99

amazon.com SIGN IN SHIPPING & PAYMENT GIFT OPTIONS PLACE ORDER

## Choose your shipping options

Continue

### Shipment 1 of 1

**Shipping from Japceit (5-10Days Delivery)** (Learn more)

Shipping to: [redacted] 111 W JACKSON BLVD STE 1700, CHICAGO, IL, 60604-3597 United States

- **Loose Short Sleeve for Women Funny Skeleton Hand Stroking a Cat Print Pullover Tops for Cat Lover Casual Comfy Blouse**
  $12.98 - Quantity: 1
  Sold by: Japceit (5-10Days Delivery)

Change quantities or delete

**Choose a delivery option:**

- (●) **Wednesday, Feb. 2 - Monday, Feb. 14**
  FREE Shipping

Continue

Do you have a gift card or promotional code? We'll ask you to enter your claim code when it's time to pay.

Conditions of Use | Privacy Notice © 1996-2021, Amazon.com, Inc.





amazon.com SIGN IN SHIPPING & PAYMENT GIFT OPTIONS PLACE ORDER

## Review your order

**Shipping address** Change
[redacted]
111 W JACKSON BLVD STE 1700
CHICAGO, IL 60604-3597
United States
Phone: [redacted]
Add delivery instructions

**Payment method** Change
$14.31 gift card balance

**Add a gift card, promotion code, or voucher**
Enter Code Apply

Place your order

By placing your order, you agree to Amazon's privacy notice and conditions of use.

**Order Summary**

| | |
|---|---|
| Items: | $12.98 |
| Shipping & handling: | $0.00 |
| Total before tax: | $12.98 |
| Estimated tax to be collected:* | $1.33 |
| Total: | $14.31 |
| Gift Card: | -$14.31 |
| **Order total:** | **$0.00** |

How are shipping costs calculated?

Get a $50 Amazon Gift Card instantly
upon approval for the Amazon Rewards Visa Card.
Learn more

**Estimated delivery: Feb. 2, 2022 - Feb. 14, 2022**

**Loose Short Sleeve for Women Funny Skeleton Hand Stroking a Cat Print Pullover Tops for Cat Lover Casual Comfy Blouse**
$12.98 & FREE Returns
**Quantity:** 1 Change
Sold by: Japceit (5-10Days Delivery)
Gift options not available.

**Choose a delivery option:**
- **Wednesday, Feb. 2 - Monday, Feb. 14**
  FREE Shipping

*Why has sales tax been applied? See tax and seller information

Do you need help? Explore our Help pages or contact us

For an item sold by Amazon.com: When you click the "Place your order" button, we'll send you an email message acknowledging receipt of your order. Your contract to purchase an item will not be complete until we send you an email notifying you that the item has been shipped.

Colorado, Louisiana and Puerto Rico Purchasers: Important information regarding sales tax you may owe in your State

Within 30 days of delivery, you may return new, unopened merchandise in its original condition. Exceptions and restrictions apply. See Amazon.com's Returns Policy

Go to the Amazon.com homepage without completing your order.

Conditions of Use | Privacy Notice © 1996-2021, Amazon.com, Inc.

EXHIBIT 2

ASIN:B09QG4QWKC



ASIN:B09NQ9VVTK



ASIN:B09NQ9W7MW



ASIN:B09NQ9LQ6Z



ASIN:B09NQ9XYMB

