Exhibit 1

# United States of America
## United States Patent and Trademark Office

# Wirziis

**Reg. No. 6,305,690**
**Registered Mar. 30, 2021**
**Int. Cl.: 25**
**Trademark**
**Principal Register**

Lin, Yuepeng (CHINA INDIVIDUAL)
No.1, Group 6, Shifosi Village,
Ranghe Township, Lushan County,
Henan, CHINA 467300

CLASS 25: Infantwear; Neckerchieves; Neckties; Pajamas; Tee-shirts; Togas; Artificial flower headdresses; Athletic pants; Bathing suits; Briefs as underwear; Caps being headwear; Drivers as shoes; Ear muffs; Eyeshades as headwear; Head wear; Pinafore dresses; Shower caps; Slips being underclothing; Tap pants; Top coats

FIRST USE 7-5-2020; IN COMMERCE 7-5-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-101,125, FILED 08-07-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  ETAS ID: TM642978
Stylesheet Version v1.2

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |

## CONVEYING PARTY DATA

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Lin Yuepeng | | 04/29/2021 | INDIVIDUAL: CHINA |

## RECEIVING PARTY DATA

| Name: | Shenzhen Yangzhongxuan Trading Co., Ltd. |
|---|---|
| Street Address: | 110, Coastal Huanqing Building, 24 Futian Road |
| Internal Address: | Weizhen Community, Futian Street, Futian District |
| City: | Shenzhen |
| State/Country: | CHINA |
| Entity Type: | limited company (ltd.): CHINA |

## PROPERTY NUMBERS Total: 1

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 6305690 | WIRZIIS |

## CORRESPONDENCE DATA

**Fax Number:**
*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
**Email:** 11734834@qq.com
**Correspondent Name:** Cailing Xie
**Address Line 1:** 110, Coastal Huanqing Building, 24
**Address Line 2:** Futian Road, Weizhen Community, Futian
**Address Line 4:** Shenzhen, CHINA

| NAME OF SUBMITTER: | Cailing Xie |
|---|---|
| SIGNATURE: | /Cailing Xie/ |
| DATE SIGNED: | 04/29/2021 |

Total Attachments: 1
source=Assignment-6305690-Wirziis#page1.tif

OP $40.00 6305690

TRADEMARK ASSIGNMENT BEFORE USPTO

This Trademark Assignment (hereafter referred to as this "ASSIGNMENT") is made and entered into this **29th day of April 2021**, by and between **Lin, Yuepeng**, a Chinese individual residing in **No.1, Group 6, Shifosi Village, Ranghe Township, Lushan County, Henan CHINA 467300** (hereinafter referred to as "ASSIGNOR") and **Shenzhen Yangzhongxuan Trading Co., Ltd.**, a Chinese limited company (ltd.) located in **110, Coastal Huanqing Building, 24 Futian Road, Weizhen Community, Futian Street, Futian District, Shenzhen** (hereinafter referred to as "ASSIGNEE") with respect to US Registration Number **6305690** trademark **Wirziis** (hereinafter referred to as "MARK"), including, without limitation, all variations thereof and all associated applications and registrations.

1. ASSIGNOR hereby irrevocably and unconditionally assigns and transfers exclusively unto ASSIGNEE, its successors and assigns, all rights, title and interest throughout the world in perpetuity, including all statutory and common law rights, in and to the MARK, together with all goodwill symbolized by or otherwise associated with the MARK and the right to use, make claims, and recover damages for any past, present or future infringement of the MARK; all of such rights, title and interest to be held and enjoyed by ASSIGNEE, its successors and assigns to the same extent that such would have been held and enjoyed by ASSIGNOR had this agreement not been made. Further, ASSIGNOR hereby expressly acknowledges that all of its uses of the MARK after the Effective Date of this ASSIGNMENT will inure to the sole and exclusive benefits of ASSIGNEE, its successors and assigns.

2. ASSIGNOR hereby represents, warrants and covenants that: (a) ASSIGNOR is the record owner of the MARK, (b) ASSIGNOR has not heretofore assigned, licensed or otherwise transferred the MARK,(c) ASSIGNOR has the power and authority to execute and deliver this ASSIGNMENT and has taken all action necessary to authorize the transactions contemplated hereby and thereby, (d) ASSIGNOR may lawfully and without violating any obligation to any third party sell, convey, transfer, assign and deliver to ASSIGNEE all right, title and interest in and to the MARK, free and clear of all liens, pledges, security interests, restrictions, prior assignments and claims of any kind or rights owned by any third party.

3. ASSIGNEE will defend, indemnify and hold the ASSIGNOR, its officers, directors, equity holders, managers, agents and representatives harmless from and against any claim, suit, loss, damage, demands, injuries or expenses (including reasonable attorneys' fees and disbursements) arising out a breach of ASSIGNEE's representations, warranties, covenants and obligations or caused by merchandise produced by ASSIGNEE or an action by ASSIGNEE.

IN WITNESS WHEREOF, ASSIGNOR and ASSIGNEE have duly executed this
Assignment as of the Effective Date.

| ASSIGNOR | ASSIGNEE |
|---|---|
| Lin, Yuepeng | Shenzhen Yangzhongxuan Trading Co., Ltd. |
| *Lin Yuepeng* | Shenzhen Yangzhongxuan Trading Co., Ltd.<br>President: Cailing Xie<br>4.29.2021 |

RECORDED: 04/29/2021

TRADEMARK
REEL: 007274 FRAME: 0042