# Exhibit 2

# United States of America
## United States Patent and Trademark Office

# asntrgd

**Reg. No. 6,509,702**

**Registered Oct. 05, 2021**

**Int. Cl.: 21**

**Trademark**

**Principal Register**

Shenzhen Dianji Toys Co., Ltd. (CHINA LIMITED LIABILITY COMPANY)
601,rongfeng Bldg, No.12 Science Park Rd
Nanwan St, Longgang
Shenzhen, CHINA 518000

CLASS 21: Brushes for footwear; Soap boxes; Baby bathtubs; Billiard table brushes; Car washing mitts; Cleaning brushes for barbecue grills; Compost containers for household use; Drinking cups sold with lids therefor; Electric face cleansing brushes; Hot air hair brushes; Insulating sleeve holder for bottles; Lunch boxes made of plastic; Non-electric candelabras made of precious metal; Sponges used for applying make-up; Toothbrush head covers; Trash containers for household use

FIRST USE 9-9-2020; IN COMMERCE 9-9-2020

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

SER. NO. 90-397,834, FILED 12-21-2020





Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office

