Exhibit 3









