IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTINA MENZEL, | |
| Plaintiff, | Case No. 22-cv-01365 |
| v. | Judge Ronald A. Guzman |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Gabriel A. Fuentes |
| Defendants. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 38 | ZERMOGE |
| 42 | shuledansf |
| 69 | youzhend |
| 6 | CAIJIA |
| 48 | hongtianhuafu |
| 10 | Gdmoon |
| 8 | Oerju HT |
| 46 | YongFoto US |
| 36 | sunwei0159 |
| 57 | GUOSTORE |
| 11 | youliangjiashangmao |
| 49 | ⭐K&KP⭐ |
| 71 | hefu020(Women Tops) |
| 74 | TAna xmllx |
| 24 | FUNUP（7-15 Days Delivery） |
| 22 | yuxinuo |
| 23 | jhghjka |
| 39 | yudongsa |
| 37 | ToHnua |

| | |
|---|---|
| 40 | tongguyu |
| 4 | PrintingShop |
| 7 | RugStore |
| 5 | HVEST Decoration Art |
| 66 | duoranxingt477 |

DATED: April 15, 2022

Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604 Telephone:
312-675-6079
E-mail: keith@vogtip.com

ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on April 15, 2022 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

/s/ Keith A. Vogt
Keith A. Vogt