# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

CHRISTINA MENZEL,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Civil Action No.: 1:22-cv-01365

Judge Ronald A. Guzman

Magistrate Judge Gabriel A. Fuentes

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, April 28, 2022, at 10:00 a.m., Plaintiff, by his counsel, shall appear by remote means, before the Honorable Judge Ronald A. Guzman of the U.S. District Court for the Northern District of Illinois, and present Plaintiff's Motion for Entry of Default Judgment against the Defendants Identified in the First Amended Schedule A.

Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (888) 684−8852 and the access code is 1246152.

DATED: April 19, 2022

    Respectfully submitted,

    */s/ Keith A. Vogt*
    Keith A. Vogt (Bar No. 6207971)
    Keith Vogt, Ltd.
    33 West Jackson Boulevard, #2W
    Chicago, Illinois, 60604
    Telephone: 312-971-6752
    E-mail: keith@vogtip.com

    ***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 19, 2022, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Christina Menzel and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

/s/ *Keith A. Vogt*
Keith A. Vogt, Esq.